FILED
2011 AUG 19 PM 3:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN CAMPBELL, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST INVESTORS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 11-CV-0548 BEN (WMc)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO STAY PROCEEDINGS**<br><br>[Docket No. 31] |

Presently before the Court is the parties' Joint Motion to Stay Proceedings. The parties request that the proceedings in this action be stayed indefinitely so that they may pursue settlement of this action through mediation. For good cause shown, the Joint Motion is **GRANTED IN PART**. *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979) (district courts enjoy broad discretion in deciding motions to stay). All proceedings in this action shall be stayed until November 21, 2011. The parties may later request that the stay be extended if they deem an extension necessary. In addition, the Court will not rule on Defendants' Motion to Compel Arbitration (Docket No. 23) unless and until the stay expires and the litigation proceeds.

**IT IS SO ORDERED.**

DATED: August 19, 2011

HON. ROGER T. BENITEZ
United States District Court Judge