

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| LAUREN CAMPBELL, individually and on behalf of all those similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br>FIRST INVESTORS CORPORATION, et al.,<br><br>                    Defendants. | CASE NO. 11-CV-0548 BEN (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**<br><br>[Docket No. 33] |
|---|---|

Presently before the Court is the parties' Joint Motion to Extend Stay of Proceedings. For good cause shown, the Joint Motion is **GRANTED**. *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979) (district courts enjoy broad discretion in deciding motions to stay). All proceedings in this action shall be stayed until January 31, 2012. In addition, the Court will not rule on Defendants' Motion to Compel Arbitration (Docket No. 23) unless and until the stay expires and the litigation proceeds.

**IT IS SO ORDERED.**

DATED: November __, 2011

HON. ROGER T. BENITEZ
United States District Court Judge